IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00116-MR

| | |
|---|---|
| EVAN WILLIAM BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RICKY T. BUCHANAN, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's *pro se* "Motion to Seek Leave to Amend Complaint or in the Alternative, Voluntarily Dismiss as Moot." [Doc. 6].

The pro se Plaintiff, a federal inmate awaiting sentencing,[1] filed this civil rights action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred at the McDowell County Jail.[2] The Complaint [Doc. 1] has not yet been reviewed for frivolity. In the instant Motion, the Plaintiff seeks leave to amend his Complaint and, if that is not granted, to voluntarily dismiss this case. [Doc. 6].

---

[1] See Crim. Case No. 1:23-cr-00082-MR-WCM-1.

[2] His current address of record is at the Cherokee County Detention Center.

The Plaintiff's Motion to Amend will be denied as moot because he may amend as a matter of right at this juncture in the proceeding. Fed. R. Civ. P. 15. The Court will refrain from screening the Complaint for frivolity for 30 days as a courtesy so that the Plaintiff may file a superseding Amended Complaint. The Plaintiff is cautioned that piecemeal amendment will not be permitted. Should the Plaintiff fail to timely file a superseding Amended Complaint, the Court will proceed to review the original Complaint for frivolity.

**IT IS, THEREFORE, ORDERED** that the "Motion to Seek Leave to Amend Complaint or in the Alternative, Voluntarily Dismiss as Moot" [Doc. 6] is **DENIED AS MOOT**.

The Clerk is respectfully requested to mail the Plaintiff a blank prisoner § 1983 form and a copy of this Order.

**IT IS SO ORDERED.**

Signed: June 3, 2024

Martin Reidinger
Chief United States District Judge

2

Case 1:24-cv-00116-MR   Document 8   Filed 06/03/24   Page 2 of 2